UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X  03 CV 5661 (NG) (LB)

LAURETTA R. KING,

                              Plaintiff,

     -against-                                            **ORDER**

JOHN E. POTTER, Postmaster General,

                              Defendant.
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      The unopposed Report and Recommendation issued by Magistrate Judge Lois Bloom on February 27, 2006 is hereby adopted by the court. Defendant's motion for summary judgment is granted. The Clerk of Court is directed to enter judgment for defendant and to close this case.

                                                                   **SO ORDERED.**

                                                                   /S/
                                                           **NINA GERSHON**
                                                           **United States District Judge**

Dated: Brooklyn, New York
         March 24, 2006